# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NADIR OMAR ABDULLAH BIN
SA'ADOUN ALSA'ARY a/k/a AHMED
OMAR (ISN 30),

           Petitioner,

           v.

BARACK H. OBAMA, *et al.*,

           Respondents.

Civil Action No. 09-745 (RCL)

**FILED**

**MAR 1 5 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Before the Court is petitioner's Unopposed Motion for a Stay [1432] and Status Report [1487]. It is hereby

ORDERED that, pursuant to petitioner's February 1, 2011 Status Report [1487], this case is STAYED for a period of 120 days, to begin on the date of this Order; and it is furthermore

ORDERED that at the conclusion of the 120-day period, the parties shall file a joint status report with the Court; and it is furthermore

ORDERED that the Protective Order entered on September 11, 2008 remain in effect during the period of stay; and it is furthermore

ORDERED that the parties may move the Court to life the stay provided that the moving party give the non-moving party written notice ten (10) days prior to the date of filing the motion; and it is furthermore

ORDERED that petitioner's Unopposed Motion for a Stay [1432], which requests an indefinite stay, is DENIED as MOOT.

1

**SO ORDERED** this _14th_ day of March 2011.

_Royce C. Lamberth_
ROYCE C. LAMBERTH
Chief Judge
United States District Court

2